**Order entered February 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-01018-CV

## NICOLE HARRIS, Appellant

### V.

## FOSSIL GROUP, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00630-2020**

### ORDER

Before the Court are appellee's February 15, 2023 motion to extend time to file its motion for rehearing and appellee's February 15, 2023 motion to extend time to file a motion for reconsideration en banc. We **GRANT** appellee's motions. Appellee's motion for rehearing and motion for reconsideration en banc shall be filed no later than **March 23, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE